UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVSION

| | |
|---|---|
| IN RE: )<br>ROBERT RUSSELL DREW )<br>    (PRO SE) )<br> )<br>    Plaintiff )<br> )<br> )<br> )<br>CASH RESERVES LLC, d/b/a )<br>SMART CHOICE LENDERS also d/b/a )<br>GOOD HANDS LENDING )<br> )<br>    DEFENDANT )<br>_____ ) | CASE.:  3:15-CV-05806-JSC<br><br>NOTICE OF *stipulated* SETTLEMENT<br><br><br><br>Judge: Hon. Corley |

**Nature of Action:**
**Notice of Settlement**

1. NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a stipulated settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

2. The plaintiff hereby further requests that this honorable Court provide a period of 45 days within which to complete the settlement and file a dismissal of the action once the conditions of proposed settlement have been satisfied.

3. I declare under penalty of law that the above stated is true to the best of my knowledge.

Humbly Requested and Respectfully Submitted

*///SIGNED///*
*ROBERT RUSSELL DREW*

_____
ROBERT RUSSELL DREW
(PRO SE) plaintiff
18 Hayford CT
Novato, CA.94949
Email: Drew3489@gmail.com

////////**NOTHING FOLLOWS**////////