DocuSign Envelope ID: F7A0A4C4-4975-40DB-9AB7-BBFBF6D434B6

1  ROBERT RUSSELL DREW
2  18 Hayford Court
   Novato, CA 94949
3  drew3489@gmail.com

4  Pro Se Plaintiff

5  HARMEET K. DHILLON (SBN: 207873)
6  harmeet@dhillonlaw.com
   GREGORY R. MICHAEL (SBN: 306814)
7  gmichael@dhillonlaw.com
8  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
9  San Francisco, California 94108
   Telephone: (415) 433-1700
10

11 Attorneys for Defendant

12

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 ROBERT RUSSELL DREW, an            Case Number: 3:15-cv-05806-JSC
   individual,                        Hon. Jacqueline S. Corley
17
            Plaintiff,                [PROPOSED] ORDER GRANTING
18       v.                           DISMISSAL OF ALL CLAIMS WITH
                                      PREJUDICE
19 CASH RESERVES LLC, a limited liability
   company, d/b/a, SMART CHOICE
20 LENDERS, also d/b/a GOOD HANDS
   LENDING,
21
            Defendant.
22

23

24

25

26

27

28

1  Good cause having been show, the Stipulated Request of the parties is adopted by the Court.
2  The case is hereby dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.
3  **IT IS SO ORDERED.**

6  Dated: _____February 3, 2016_____

